**Order entered December 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00915-CV

### CHARLES D. GUSKEY, A/K/A CHARLES DUANE, Appellant

### V.

### CACH, LLC, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02779**

## ORDER

Before the Court is appellant's December 14, 2016 pro se motion for an extension of time

to file appellant's brief.  We **GRANT** the motion.

We **ORDER** appellant to file the brief on or before **JANUARY 13, 2017**.

/s/    CRAIG STODDART
        JUSTICE